# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

AYMEN OUBAZIZ,

           Petitioner,

           v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

           Respondents.

Case No. 2:26-cv-03042-HDV-JDE

JUDGMENT

JS-6

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that:

1. The Petition is granted, in part, with Respondents ORDERED to: (a) hold an individualized <u>Rodriguez</u> bond hearing for Petitioner before an immigration judge within seven (7) days of this Order at which the government shall bear the burden of proof by clear and convincing evidence that Petitioner is a flight risk or danger to the community, with instructions that the immigration judge provide a reasoned decision if bond is denied; OR (b) release Petitioner if no such hearing is provided within seven days; and

2.  Except as otherwise ordered, the Petition is denied in all other respects without prejudice.

Dated:  June 11, 2026 _____

_____
HERNÁN D. VERA
United States District Judge

2